UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PATRICIA VEERKAMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-0049-DFH-TAB |
| | ) | |
| U.S. SECURITY ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 60 days.

Dated: 10/05/2006

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Timothy S. Bland
FORD & HARRISON LLP
tbland@fordharrison.com

Amy Ficklin DeBrota
THE DEBROTA LAW FIRM LLC
amy@debrotalaw.com

Herbert E. Gerson
David P. Knox
FORD & HARRISON LLP
hgerson@fordharrison.com

Trenten D. Klingerman
STUART & BRANIGIN LLP
tdk@stuartlaw.com

FORD & HARRISON LLP
6750 Poplar Avenue
Suite 600
Memphis, TN 38138

George W. Singleton
FORD & HARRISON LLP
bsingleton@fordharrison.com