UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PATRICIA VEERKAMP and | ) | |
| PATRICIA TINSLEY, individually | ) | |
| and on behalf of others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | CAUSE NO. 1:04-CV-0049-DFH/TAB |
| | ) | **CLASS ACTION** |
| v. | ) | |
| | ) | |
| U.S. SECURITY ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the parties' Stipulation of Dismissal with

Prejudice, and the Court having reviewed the same and being duly advised, now ORDERS that

this matter shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own

costs.

SO ORDERED  2/27/2008

David F Hamilton

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Amy Ficklin DeBrota
**THE DEBROTA LAW FIRM LLC**
amy@debrotalaw.com

Trenten D. Klingerman
**STUART & BRANIGAN, LLP**
tdk@stuartlaw.com

Herbert E. Gerson
Timothy S. Bland
George W. Singleton
**FORD & HARRISON, LLP**
hgerson@fordharrison.com
tbland@fordharrison.com
gsingleton@fordharrison.com